UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff and counter-defendant, <br><br> v. <br><br> CANDELA CORPORATION <br><br> Defendant and counter-plaintiff. | Civil Action No: 1:06-cv-11400-RWZ |

## MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

The defendant, Candela Corporation, moves for an order postponing the initial scheduling conference currently set for December 6, 2006. As grounds for this motion the defendant states that counsel has a previous scheduled conflicting commitment involving parties from outside the country, which cannot, therefore, be easily rescheduled.

Counsel for Candela has conferred with counsel for Palomar and both parties are available on the afternoons of December 12, 13, or 14.

Dated: November 13, 2006

Respectfully Submitted,

Candela Corporation,
By its Attorneys
   /s/ Joan M. Griffin
Joan M. Griffin (BBO# 549522)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775

-1-

BST99 1522836-1 076900 0011

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Counsel for Palomar Medical Technologies, Inc. has assented to this motion.

/s/ Joan M. Griffin
Joan M. Griffin (BBO# 549522)

## CERTIFICATE OF SERVICE

I, Joan M. Griffin, counsel for Defendant Candela Corporation, hereby certify that on November 13, 2006, a true copy of the above document was served upon all counsel of record for the other parties by ECF/mailing.

/s/ Joan M. Griffin
Joan M. Griffin (BBO# 549522)