# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

PALOMAR MEDICAL TECHNOLOGIES, INC.,
and THE GENERAL HOSPITAL CORPORATION,

Plaintiffs,

v.

CANDELA CORPORATION,

Defendant.

Civil Action No.   06-11400-RWZ

# SUPPLEMENTAL DECLARATION OF JAMES HSIA
# IN REPLY TO PALOMAR'S OPPOSITION TO CANDELA'S
# MOTION FOR SUMMARY JUDGMENT

## **SUPPLEMENTAL DECLARATION OF JAMES HSIA**

I, James Hsia, declare that:

1.      I am the Chief Technology Officer of Candela Corporation and have worked for Candela since 1985.  My background and qualifications are set forth in my August 11, 2010 declaration.  I make this declaration based on my own personal knowledge and, if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

2.      I helped to develop Candela's treatment guidelines for hair removal and am knowledgeable about the guidelines.  The hair removal guidelines recommend at most 60 ms of cryogen spray and at least 30 ms of delay between the spray and the firing of the laser.  A 3 ms delay is never used for hair removal.  A true and correct copy of the Candela GentleLASE treatment guidelines is attached as **Exhibit 1**.  A true and correct copy of the Candela GentleYAG treatment guidelines is attached as **Exhibit 2**.  A true and correct copy of the Candela GentleMAX treatment guidelines is attached as **Exhibit 3**.

3.      Exhibit 14 of the Petty declaration does not show cryogen remaining on the skin during laser irradiation.  The document shows a test on black carbon Zap-It paper, using a large amount of cryogen and a very short delay that is never used for hair removal.  The photographs show flaming cryogen gas over the paper.  The flame is due to the decomposition of the cryogen gas, which is initiated by hot carbon particles ablated from the Zap-It paper; they do not show liquid cryogen on skin.

4.      Candela has observed during the testing of its devices for hair removal that the area from which hair is removed is smaller than the beam spot size.  This is because there is diminished fluence at the outer edge of the spot.  Based on the observations from Candela's testing, there would not be sufficient fluence under the distance gauge ring to

1

effect hair removal, as the ring is several millimeters away from the outer edge of the spot, where hairs already are not being removed.

5.      I have reviewed Exhibit 44.  The video depicts the use of an old model distance gauge, which was made of metal rather than plastic, and which hasn't been sold for many years.  Because the metal got hot, users dipped the gauge in water to cool it before use.  The rings seen on the skin are water deposited by the wet distance gauge. The rings are not a result of blanching due to blood being squeezed or forced from the area of the skin where pressure is applied.  When skin is blanched from pressure, the blanching disappears almost immediately.  Careful review of the video confirms this conclusion:  the first rings remain for a relatively long time; and this is because there is more water deposited early on, which takes longer to evaporate.  As the treatment shown in the video progresses, the rings fade more quickly because there is less water being deposited, and toward the end of the treatment, rings no longer appear because the water has dried off of the gauge.  In addition, if pressure was applied using the Candela distance gauge, there would be a bulge in the center of the ring.  There is also no bulge in the center of the ring shown on the video.

6.      I have reviewed Exhibit 47. The video does not show cryogen on the skin because cryogen is a clear liquid. The white color seen on the video is a result of condensation of atmospheric moisture, which appears white because that atmospheric moisture has been rapidly cooled by the cold skin, which was previously cooled by the cryogen.  Dr. Bass is incorrect in asserting that there is liquid cryogen on the skin during irradiation based on his observation merely with the naked eye, because the sequence of events is extremely fast and the liquid cryogen is clear.

7.      Candela's lenses are used to produce magnified image of the light emerging from the fiber, like a projector projects a magnified image of a slide.

8.      The 3x10 mm and 1.5/3 mm lens assemblies are used solely for vein treatments and are never used for hair removal.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 10th day of September, 2010 in Wayland, Massachusetts.

_____
James Hsia

3