**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC., and THE GENERAL HOSPITAL CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>CANDELA CORPORATION,<br><br>        Defendant. | Civil Action No.   06-11400-RWZ |

**DEFENDANT CANDELA CORPORATION'S
MOTION TO STRIKE PORTIONS OF THE DECLARATIONS OF
<u>LAWRENCE BASS AND SARAH PETTY</u>**

Defendant Candela Corporation hereby moves to strike paragraphs 14, 19-21, 28, 29, 32-34 and 49 of the declaration of Lawrence Bass on the grounds that the testimony lacks foundation and is impermissibly conclusory.  In addition, Candela moves to strike exhibits 10, 14, 15, 17-21, 29-31, 33 and 44-47 to the declaration of Sarah Petty on the grounds that they are not properly authenticated and are not what Palomar purports them to be.  This motion is based on the accompanying Memorandum of Law.

REQUEST FOR ORAL JUDGMENT

Candela respectfully requests oral argument on this Motion concurrent with the oral argument on its motion for summary judgment on September 14, 2010.

CANDELA CORPORATION

*By its attorneys*,

Anthony L. Press (admitted *pro hac vice*)
Charles S. Barquist (admitted *pro hac vice*)
Jill D. Neiman (admitted *pro hac vice*)
Wendy J. Ray (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
555 W. Fifth Street, Suite 3500
Los Angeles, California 90013
Ph:   (213) 892-5200

Joan M. Griffin (BBO #549522)
P.O. BOX 133
Dublin, New Hampshire 03444
Ph:   (617) 283-0954

Dated: September 10, 2010

la-1090075                              1

2

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7(a)(2) AND 37.1(a)**

I hereby certify that, pursuant to Local Rule 7(a)(2) and 37.1(a), counsel for Candela conferred with counsel for Plaintiffs on September 6 and 7, 2010 concerning the subject matter of this Motion and counsel for Plaintiffs indicated that Plaintiffs oppose this Motion.

                                                      /s/ Wendy J. Ray
                                                            Wendy J. Ray

## **CERTIFICATE OF SERVICE**

  I, Wendy J. Ray, hereby certify that a copy of the foregoing document has been served upon all opposing counsel of record, by ECF on this 10th day of September, 2010.

                  /s/ Wendy J. Ray
                   Wendy J. Ray